UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 07-03760-DSF (FFMx)                              Date:   January 16, 2009

Title: Scott Allan Tierney v. City of Manhattan Beach, et al.
========================================================================
DOCKET ENTRY:  ORDER SETTING SETTLEMENT CONFERENCE
========================================================================
PRESENT:  **HONORABLE MARGARET A. NAGLE, U. S. MAGISTRATE JUDGE**

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                             None Present

**PROCEEDINGS:  (IN CHAMBERS)**

**READ CAREFULLY - STRICT COMPLIANCE IS REQUIRED**

Pursuant to the Order of District Judge Dale S. Fischer referring this matter for settlement purposes, IT IS ORDERED that the parties shall appear before the Honorable Margaret A. Nagle, U.S. Magistrate Judge, for a settlement conference on **January 21, 2009, at 10:00  a.m.**, at 255 E. Temple Street, Los Angeles, California, in Courtroom 580-- 5th floor.

On or before **January 20, 2009, by no later than  5:00 p.m.**, each party shall deliver or fax to the chambers of Magistrate Judge Margaret A. Nagle at (213) 894-8541 a Confidential Settlement Conference Statement.  The statement, which may be in the form of a letter, shall contain the following information:  (a) a summary of the factual background of the case; (b) a summary of important legal and factual issues presented by the case, and the submitting party's position on each issue; (c) a description of the damages or other relief sought by or against the submitting party; (d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the trial date and the pre-trial conference date (if set), the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant facts or circumstances that counsel believe will assist the Court in conducting the settlement conference.

***EACH PARTY SHALL APPEAR AT THE SETTLEMENT CONFERENCE IN PERSON***, ***ABSENT COURT PERMISSION TO PARTICIPATE TELEPHONICALLY.  ANY REQUEST TO APPEAR TELEPHONICALLY MUST BE RECEIVED NOT LATER THAN SEVEN DAYS BEFORE THE DATE OF THE SETTLEMENT CONFERENCE ABSENT EXTRAORDINARY CIRCUMSTANCES (E.G. UNFORSEEN ILLNESS).***  The appearing party, or party representative, is to have authority to settle the case.  In the case of lawsuits brought against the United States or any of its agencies as a party, the attendance of an attorney charged with responsibility for the