UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-03760-DSF (FFMx) | Date | January 21, 2009 |
|---|---|---|---|
| Title | Scott Allen Tierney v. City of Manhattan Beach, et al. | | |

| Present: The Honorable | **MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Mel Zavala | CS 1/21/09 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gary Casselman | Mark Rutter |
| John Andersen | Nathan Oyster |
| | Robert Kim |

**Proceedings:**     Settlement Conference

The case is called.  Gary Casselman, of the Law Offices of Gary S. Casselman, appears on behalf of plaintiff, along with attorney John Andersen.  Mark Rutter, of the Law Offices of Carpenter, Rothans, & Dumont, appears on behalf of defendant City of Hawthorne, along with Robert M. Kim, Senior Deputy City Attorney.  Nathan Oyster, of Lawrence Beach Allen & Choi-PC, appears on behalf of defendant City of Manhattan Beach.

The settlement conference is conducted off the record.

A settlement has been reached, and the essential terms of that settlement are stated on the record.  Counsel are directed that a Stipulation of Dismissal shall be lodged by no later than **March 9, 2009.**  If the Stipulation of Dismissal is not lodged by that date, counsel are ordered to contact the Courtroom Deputy Clerk at (213) 894-8285 to notify the Court why that Stipulation has not been filed.

|  | 6 | : | 40 |
|---|---|---|---|
| Initials of Preparer | | MZ | |